**Order entered January 17, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00867-CR

**PATRICK EUGENE DANIELS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-52489**

## ORDER

The Court **REINSTATES** the appeal.

On December 9, 2013, we denied appellant's second motion to extend time to file his brief and ordered the trial court to make findings. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and represented by court-appointed counsel; (3) counsel's explanation for the delay in filing appellant's brief is his workload and family illness; and (4) appellant's brief has been prepared and counsel intends to file it when the appeal is reinstated.

We **ORDER** appellant to file his brief within **FIFTEEN DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to counsel for all parties.

/s/      LANA MYERS
JUSTICE